UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GRAY PHARM INC., ET AL.** | **CASE NO.  3:24-CV-01067** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CARDINAL HEALTH, 110 LLC** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 39] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the Motion to Dismiss Plaintiff's Petition for Damages [Doc. No. 16] filed by Defendant Cardinal Health 110, LLC is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Rule 11 Motion for Sanctions Against Plaintiffs and/or Plaintiffs' Counsel [Doc. No. 34] filed by Defendant Cardinal Health 110, LLC is **DENIED**.

**MONROE, LOUISIANA**, this 20th day of August 2025.

                                                                _____
                                                                TERRY A. DOUGHTY
                                                                UNITED STATES DISTRICT JUDGE